Case 2:19-cr-00162   Document 42   Filed on 03/27/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Case No. 2:19-cr-162 |
| | § | |
| **(1) Cody Michael Matousek** | § | |
| **(2) Guadalupe Levario** | | |

## SENTENCING ORDER

**On the 27ᵗʰ day of March 2019,** the defendant was found guilty after plea of guilty. A Presentence Report is ordered and a sentencing schedule is established as follows:

1. No later than **May 10, 2019,** the United States Probation Office will complete a Presentence Report and disclose the report to counsel. It is the responsibility of counsel to obtain the PSI Report. Rule CrLR 32.4, Local Rules of Southern District of Texas. The United States Probation Office will not advise counsel of the completion of the PSI Report.

2. No later than **May 27, 2019,** each counsel shall file written objections or a statement that there are no objections. All objections to the PSI based on law must be supported by reference to the applicable statutes, guidelines, and authorities. The objections must be filed with the Clerk of the Court, with copies provided the same day of filing to the U.S. Probation Officer and the Asst. U.S. Attorney handling the case. Any responses to objections shall be filed no later than **May 30, 2019.**

3. No later than **June 10, 2019**, the United States Probation Office shall prepare the final Presentence Report with an addendum addressing contested issues and furnish it to the Court and the parties.

4. Any supporting documents for sentencing such as letters or sentencing memorandums must be filed by **June 28, 2019**.

5. Any motions to continue must be filed no later than **June 28, 2019.** Failure to abide by this deadline may result in the motion being denied.

4. On **July 3, 2019 at 2:30 p.m.,** the defendant must appear for sentencing.

5. All parties and their counsel and the United States Probation Office shall comply fully with Local Rule 32 in the completion and review of the Presentence Report.

**ORDERED this 27ᵗʰ day of March 2019.**

*By order of the Court*

*Nelva Gonzales Ramos*
*United States District Judge*